COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:       In re Aaron Marroquin and Integrated AV Systems, LLC

Appellate case number:   01-15-00255-CV

Trial court case number:   2012-75578

Trial court:                      215th Judicial District Court of Harris County

The panel has voted to deny relators' motion for rehearing.

It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ Evelyn V. Keyes
                            ☒ Acting individually      ☐ Acting for the Court

Panel consists of:  Justices Keyes, Bland, and Massengale

Date:  July 16, 2015